AO 121 (6/90)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ✔ ACTION     ☐ APPEAL | | COURT NAME AND LOCATION |
|---|---|---|
| | | U.S. District Court, Northern District of California |
| DOCKET NO.<br>CV 08-04057 CRB | DATE FILED<br>8/25/08 | 450 Golden Gate Avenue, P.O. Box 36060<br>San Francisco, CA 94102 |
| PLAINTIFF<br><br>BARBARA KELLER | | DEFENDANT<br><br>MAGENTA INC |

| | COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|---|
| 1 | see Complaint | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment     ☐ Answer     ☐ Cross Bill     ☐ Other Pleading | | |
|---|---|---|---|
| | COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | | |
| 2 | | | |
| 3 | | . | |

In the above-entitled case, a final decision was rendered on the date entered below.  A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order     ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes     ☐ No | DATE RENDERED |
|---|---|---|

| CLERK<br>Richard W. Wieking | (BY) DEPUTY CLERK<br>Sheila Rash | DATE<br>August 26, 2008 |
|---|---|---|

**DISTRIBUTION:**
1) Upon initiation of action,<br>mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s),<br>mail copy to Register of Copyrights
3) Upon termination of action,<br>mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy