LAWRENCE G. TOWNSEND  (SBN 88184)
LAW OFFICES OF LAWRENCE G. TOWNSEND
455 Market Street, 19th Floor
San Francisco, California 94105
Telephone:   (415) 882-3288
Facsimile:     (415) 882-3299
E-Mail:         ltownsend@owe.com

Attorneys for Plaintiff and Counterdefendant BARBARA KELLER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA KELLER, an individual, | Case No. CV 08 4057 CRB |
| Plaintiff, | [PROPOSED] **ORDER RE: STIPULATION RE PLAINTIFF'S FILING OF FIRST AMENDED COMPLAINT** |
| vs. | |
| MAGENTA, INC., a California corporation; ANNE SHAY, an individual; and HOMEGOODS, INC., a Delaware corporation, | |
| Defendants. | |

Pursuant to the stipulation of the parties, Plaintiff Barbara Keller may file her First Amended Complaint, a true and correct copy of which is attached to the parties' stipulation as Exhibit A.

Dated: April  03 , 2009

By: _____
The Hon. _____
United Sta_____

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

S:\LGT-TENA\Keller\Magenta\Pleading\Order-Stipulation-First Am...

1

Order re: Stipulation re Plaintiff's Filing of First Amend Complaint; Case No: CV 08 4057 CRB