1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   JAMES J. S. HOLMES (SBN 126779)
2  AMBER RYE BRUMFIEL (SBN 215181)
3  DIANA L. GESEKING (SBN 252860)
   One Market Plaza
4  Steuart Tower, 8th Floor
   San Francisco, CA 94105
5  Telephone:  (415) 781 7900
   Facsimile:  (415) 781 2635
6

7  Attorneys for Defendant and Counterclaimant MAGENTA, INC.
   and Defendants ANNE SHAY and HOMEGOODS, INC.
8

9  LAWRENCE G. TOWNSEND (SBN 88184)
10 LAW OFFICES OF LAWRENCE G. TOWNSEND
   455 Market Street, 19th Floor
11 San Francisco, CA 94105
   Telephone:   (415) 882-3288
12 Facsimile:   (415) 882-3299
   E-Mail:      ltownsend@owe.com
13

14 Attorney for Plaintiff and Counterdefendant BARBARA KELLER
15

16              IN THE UNITED STATES DISTRICT COURT
17              FOR THE NORTHERN DISTRICT OF CALIFORNIA
18

| | |
|---|---|
| BARBARA KELLER, an individual, | Case No. CV 08 4057 CRB |
| Plaintiff, | |
| v. | **STIPULATION EXTENDING TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO AMENDED COMPLAINT** |
| MAGENTA, INC., a California corporation; ANNE SHAY, an individual; and HOMEGOODS, INC., a Delaware corporation, | |
| Defendants. | |

   Plaintiff Barbara Keller ("Plaintiff") and defendants Magenta, Inc., Anne Shay and HomeGoods Inc. ("Defendants"), by and through their respective counsel, hereby agree as follows:

1.  Per Federal Rules of Civil Procedure Rule 15(a)(3) and 6(d), the current filing deadline for Defendants' answer or responsive pleading to Plaintiff's Amended Complaint is April 23, 2009.

2.  The Case Management Conference is scheduled for April 24, 2009 at 8:30 a.m.

3.  The parties anticipate that any matters involving Defendants' response to Plaintiff's Amended Complaint may be resolved at the Case Management Conference.

4.  An extension of the deadline for Defendants' answer or responsive pleading will not affect the timing or schedule of the case.

5.  Per Federal Rules of Civil Procedure Rule 6(b) and Civil Local Rule 6-2(a), the parties hereby stipulate that time for Defendants to serve and file an answer or otherwise responding to the Amended Complaint shall be extended to April 29, 2009.

Dated: April 20, 2009

SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: _____
Diana L. Geseking
Attorneys for Defendant and Counterclaimant
MAGENTA, INC. and Defendants ANNE SHAY and HOMEGOODS, INC.

Dated: April 20, 2009

LAW OFFICES OF LAWRENCE G. TOWNSEND

By: _____
Lawrence G. Townsend
Attorneys For Plaintiff and Counterdefendant
BARBARA KELLER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: April 21, 2009

By: _____
The Honorable Charles R. Breyer
United States District Court

IT IS SO ORDERED
Judge Charles R. Breyer

-2-

STIPULATION EXTENDING TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO AMENDED COMPLAINT

SF/1585887v1