SEDGWICK, DETERT, MORAN & ARNOLD LLP
JAMES J. S. HOLMES Bar No. 126779
AMBER RYE BRUMFIEL Bar No. 215181
DIANA L. GESEKING Bar No. 252860
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendant and Counterclaimant MAGENTA, INC.
and Defendants ANNE SHAY and HOMEGOODS, INC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA KELLER, an individual,<br><br>        Plaintiff,<br><br>    v.<br><br>MAGENTA, INC., a California corporation; ANNE SHAY, an individual; and HOMEGOODS, INC., a Delaware corporation,<br><br>        Defendants.<br><br>And Related Counterclaim | Case No. CV 08 4057 CRB<br><br>**STIPULATION AND ORDER OF DISMISSAL OF ACTION AND COUNTERCLAIM WITH PREJUDICE**<br><br>[FRCP 41(a)(1) * (c)] |

1

STIPULATION TO DISMISSAL OF ACTION AND COUNTERCLAIM WITH PREJUDICE

1

2    IT IS HEREBY STIPULATED, by and between the parties to this action, pursuant to
3 their Confidential Settlement Agreement and Release, through their attorneys of record, that the
4 entire action herein, including the First Amended Compliant filed by plaintiff Barbara Keller
5 ("Keller") against defendant and counterclaimant Magenta, Inc. ("Magenta"), and defendants
6 Anne Shay and HomeGoods Inc.("Shay" and "HomeGoods", respectively) and the Counterclaim
7 filed by Magenta against Keller, be dismissed with prejudice pursuant to Rule 41(a)(1) and (c) of
8 the Federal Rules of Civil Procedure, with each party to bear its own attorneys' fees and costs.

9  Dated: ~~October~~ 11, 2009          SEDGWICK, DETERT, MORAN & ARNOLD LLP
           December
10                                      By: _____
11                                          Amber Rye Brumfiel
                                            Attorneys for Defendant and Counterclaimant
12                                          MAGENTA, INC. and Defendants ANNE SHAY and
                                            HOMEGOODS, INC.
13
            December
14  Dated: October 14, 2009              LAW OFFICES OF LAWRENCE G. TOWNSEND
15                                       By: _____
16                                           Lawrence G. Townsend
                                             Attorneys For Plaintiff and Counterdefendant
17                                           BARBARA KELLER

18

19    Pursuant to stipulation of the parties, and Rule 41(a)(1) and (c) of the Federal Rules of
20 Civil Procedure, IT IS HEREBY ORDERED that the entire action herein, including the First
21 Amended Complaint filed by Keller against Magenta, Shay and HomeGoods, and the
22 Counterclaim filed by Magenta against Keller, be, and hereby is, DISMISSED WITH
23 PREJUDICE, each party to bear its own attorneys' fees and costs.

24
         December 16,
25  DATED: ~~October~~, 2009              _____
26                                        JUDGE  [IT IS SO ORDERED / Judge Charles R. Breyer]  COURT
27
28

2
STIPULATION TO DISMISSAL OF ACTION AND COUNTERCLAIM WITH PREJUDICE